IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*United States of America v. Darryl Dewayne Mitchell*
Case No. 3:15-cr-00046-TMB-1

By: THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS: ORDER FROM CHAMBERS

This matter comes before the Court on Defendant Darryl Dewayne Mitchell's *pro se* Motion for Early Termination of Supervised Release (the "Motion").[1] Neither United States Probation and Pretrial Services ("USPO") nor Plaintiff United States of America (the "Government") opposes the Motion.[2] The matter is ripe for resolution.

Mitchell moves for early termination of supervision based on his compliance with the conditions of his supervised release and his successful reintegration into the community.[3] The Government does not oppose the Motion, noting that Mitchell "has not violated since early 2021" and "has steady employment, stable housing, and reliable family support."[4] USPO similarly does not oppose the Motion.[5]

18 U.S.C. § 3583(e)(1) allows a court—after consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—to "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised released . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Having reviewed the briefing in this matter, and considering the factors set forth in 18 U.S.C. § 3553(a), the Court agrees with the parties and concludes that early termination of Mitchell's supervised release is warranted at this time.

Accordingly, the Court **GRANTS** the Motion at Docket 41. FURTHER, it is hereby **ORDERED** that Mitchell's term of supervised release is terminated effective the date of this Order.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 18, 2023.

---

[1] Dkt. 41 (Motion).
[2] Dkt. 43 (Response); *see also* Dkt. 41 at 1.
[3] Dkt. 41 at 1.
[4] Dkt. 43 at 2.
[5] *See* Dkt. 41 at 1; Dkt. 43 at 2.

1